**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BARRAMEDA, EDITHA SANDEE V | § Case No. 13-23096 |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 04, 2013. The undersigned trustee was appointed on June 04, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     19,100.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 22.45 |
| Bank service fees | 633.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 18,444.51 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/22/2014 and the deadline for filing governmental claims was 01/22/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,660.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,660.00, for a total compensation of $2,660.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.08, for total expenses of $6.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/18/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-23096  
**Case Name:** BARRAMEDA, EDITHA SANDEE V  

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 06/04/13 (f)  
**§341(a) Meeting Date:** 07/15/13  

**Period Ending:** 07/18/17  
**Claims Bar Date:** 01/22/14

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence, 3536 Blue Ridge Ct., Carpentersville, IL 60110 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Non-residence, Single Family Home 3914 N. Central Ave., #1C, Chicago, IL 60634 | 75,000.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Checking Acct #5061 Chase Saving Acct # 8531 TCF Checking Acct # 2745 TCF Saving Acct# 6082 | 3,466.00 | 0.00 | | 0.00 | FA |
| 4 | Applicances, Laptop, Audio Video Equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Low Value Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 401K Profit Sharing Plan Norrthwestern Memorial Hospital, 541 N. Fairbanks Ct., Suite 2500, Chicago, IL 60611 | 108,875.00 | 0.00 | | 0.00 | FA |
| 7 | St. Thomas Home Health, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2012 Honda CRV | 20,000.00 | 19,100.00 | | 19,100.00 | FA |
| 8 Assets | Totals (Excluding unknown values) | **$333,841.00** | **$19,100.00** | | **$19,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee investigated the value of the 2012 Honda CRV and determined it had a value , including the debtor's claimed exemption, of $19,100. The Trustee sold estate's interest in car to Debtor for $19,100. Debtor paid 1/2 ($9,550) in lump sum and is making monthly payments of $350.00 and now has 1 payment of $100.00 remaining.

**Initial Projected Date Of Final Report (TFR):** September 15, 2014   **Current Projected Date Of Final Report (TFR):** March 24, 2017 (Actual)

Printed: 07/18/2017 11:48 AM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-23096  
**Case Name:** BARRAMEDA, EDITHA SANDEE V  
**Taxpayer ID #:** **-***7779  
**Period Ending:** 07/18/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********47 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/14 | {8} | EDITHA SANDEE V BARRAMEDA | Installment payment per Settlement Agreement dated 5-9-14. | 1129-000 | 9,550.00 | | 9,550.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,540.00 |
| 06/04/14 | {8} | EDITHA BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 9,890.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.18 | 9,875.82 |
| 07/08/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 10,225.82 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.16 | 10,211.66 |
| 08/07/14 | {8} | EDITHA BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 10,561.66 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.06 | 10,546.60 |
| 09/08/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 10,896.60 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.58 | 10,881.02 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.54 | 10,865.48 |
| 10/08/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 11,215.48 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.56 | 11,198.92 |
| 11/11/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 11,548.92 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.43 | 11,532.49 |
| 12/08/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 11,882.49 |
| 01/06/15 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 12,232.49 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.55 | 12,214.94 |
| 02/06/15 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 12,564.94 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.08 | 12,546.86 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 7.51 | 12,539.35 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.76 | 12,522.59 |
| 03/09/15 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 12,872.59 |
| 04/06/15 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 13,222.59 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 19.01 | 13,203.58 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 13,203.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,400.00 | 13,400.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,203.58 | |
| | | | **Subtotal** | | 13,400.00 | 196.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,400.00** | **$196.42** | |

{} Asset reference(s)

Printed: 07/18/2017 11:48 AM    V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-23096  
**Case Name:** BARRAMEDA, EDITHA SANDEE V  

**Taxpayer ID #:** **-***7779  
**Period Ending:** 07/18/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****919666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 13,203.58 | | 13,203.58 |
| 05/08/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 13,553.58 |
| 06/08/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 13,903.58 |
| 07/06/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 14,253.58 |
| 08/07/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 14,603.58 |
| 09/11/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 14,953.58 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.72 | 14,930.86 |
| 10/07/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 15,280.86 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.86 | 15,259.00 |
| 11/17/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 15,609.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.39 | 15,587.61 |
| 12/14/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 15,937.61 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.94 | 15,912.67 |
| 01/18/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 16,262.67 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.23 | 16,240.44 |
| 02/08/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 16,590.44 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #13-23096, Bond Premium | 2300-000 | | 8.53 | 16,581.91 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.83 | 16,559.08 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.13 | 16,532.95 |
| 04/11/16 | {8} | Editha Sandee Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 16,882.95 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.22 | 16,859.73 |
| 05/09/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 17,209.73 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.69 | 17,186.04 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.11 | 17,158.93 |
| 07/26/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 17,508.93 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.84 | 17,485.09 |
| 08/15/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 17,835.09 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.85 | 17,807.24 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.54 | 17,781.70 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.65 | 17,757.05 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.17 | 17,729.88 |
| 12/01/16 | {8} | Editah Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 18,079.88 |
| 12/28/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 18,429.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.94 | 18,403.94 |
| 01/30/17 | {8} | E. S. V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 100.00 | | 18,503.94 |

Subtotals: $18,903.58     $399.64

{} Asset reference(s)                                                                 Printed: 07/18/2017 11:48 AM    V.13.30

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 13-23096 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | BARRAMEDA, EDITHA SANDEE V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****919666 - Checking Account |
| Taxpayer ID #: | **-***7779 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/18/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.23 | 18,475.71 |
| 02/03/17 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #13-23096, Bond #016073584 | 2300-000 | | 6.41 | 18,469.30 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.79 | 18,444.51 |
| | | | ACCOUNT TOTALS | | 18,903.58 | 459.07 | $18,444.51 |
| | | | Less: Bank Transfers | | 13,203.58 | 0.00 | |
| | | | Subtotal | | 5,700.00 | 459.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,700.00 | $459.07 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********47 | 13,400.00 | 196.42 | 0.00 |
| Checking # ****919666 | 5,700.00 | 459.07 | 18,444.51 |
| | $19,100.00 | $655.49 | $18,444.51 |

{} Asset reference(s)   Printed: 07/18/2017 11:48 AM   V.13.30

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 22, 2014

**Case Number:** 13-23096  
**Debtor Name:** BARRAMEDA, EDITHA SANDEE V

Page: 1

**Date:** July 18, 2017  
**Time:** 11:48:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,660.00 | $0.00 | 2,660.00 |
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6.08 | $0.00 | 6.08 |
| 200 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>New Orleans, LA 70139 | Admin Ch. 7 | | $6.41 | $6.41 | 0.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,364.50 | $0.00 | 2,364.50 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $7.42 | $0.00 | 7.42 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $7.51 | $7.51 | 0.00 |
| BOND 200 | Arthur B. Levine Company<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | Admin Ch. 7 | | $8.53 | $8.53 | 0.00 |
| 1 610 | American InfoSource, LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | Acct # 6701 | $335.78 | $0.00 | 335.78 |
| 2 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Acct # 2685 | $1,756.10 | $0.00 | 1,756.10 |
| 3 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Acct # 8686 | $697.51 | $0.00 | 697.51 |
| 4 610 | Capital One Bank (USA) NA<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Acct # 0060 | $2,982.56 | $0.00 | 2,982.56 |
| 5 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct # 1008 | $2,776.72 | $0.00 | 2,776.72 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 22, 2014

**Case Number:** 13-23096  
**Debtor Name:** BARRAMEDA, EDITHA SANDEE V

Page: 2

**Date:** July 18, 2017  
**Time:** 11:48:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct # 4009 | $575.24 | $0.00 | 575.24 |
| 7 610 | Portfolio Recovery Associates, LLC,<br>successor to<br>(US BANK NATL ASSOCIATION ND) BY PRA REC<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | Acct # 6916 | $585.56 | $0.00 | 585.56 |
| 8 610 | ECAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | Acct # 5616 | $2,187.73 | $0.00 | 2,187.73 |
| 9 610 | ECAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | Acct # 2600 | $861.80 | $0.00 | 861.80 |
| 10 610 | ECAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | Acct # 2751 | $1,021.79 | $0.00 | 1,021.79 |
| 11 610 | ECAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | Acct # 0601 | $1,149.72 | $0.00 | 1,149.72 |
| **<< Totals >>** | | | | 19,990.96 | 22.45 | 19,968.51 |

**TRUSTEE'S PROPOSED DISTRIBUTION**          Exhibit D

Case No.: 13-23096  
Case Name: BARRAMEDA, EDITHA SANDEE V  
Trustee Name: THOMAS E. SPRINGER, TRUSTEE  

**Balance on hand:**          $          18,444.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:          $          0.00  
Remaining balance:          $          18,444.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 2,660.00 | 0.00 | 2,660.00 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 6.08 | 0.00 | 6.08 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,364.50 | 0.00 | 2,364.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 7.42 | 0.00 | 7.42 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 7.51 | 7.51 | 0.00 |
| Other Expenses: Arthur B. Levine Company | 8.53 | 8.53 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 6.41 | 6.41 | 0.00 |

Total to be paid for chapter 7 administration expenses:          $          5,038.00  
Remaining balance:          $          13,406.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:          $          0.00  
Remaining balance:          $          13,406.51

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,406.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,930.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource, LP as agent for | 335.78 | 0.00 | 301.52 |
| 2 | Discover Bank | 1,756.10 | 0.00 | 1,576.86 |
| 3 | Discover Bank | 697.51 | 0.00 | 626.31 |
| 4 | Capital One Bank (USA) NA | 2,982.56 | 0.00 | 2,678.12 |
| 5 | American Express Bank, FSB | 2,776.72 | 0.00 | 2,493.29 |
| 6 | American Express Centurion Bank | 575.24 | 0.00 | 516.52 |
| 7 | Portfolio Recovery Associates, LLC, successor to | 585.56 | 0.00 | 525.79 |
| 8 | ECAST Settlement Corporation, assignee | 2,187.73 | 0.00 | 1,964.42 |
| 9 | ECAST Settlement Corporation, assignee | 861.80 | 0.00 | 773.83 |
| 10 | ECAST Settlement Corporation, assignee | 1,021.79 | 0.00 | 917.49 |
| 11 | ECAST Settlement Corporation, assignee | 1,149.72 | 0.00 | 1,032.36 |

Total to be paid for timely general unsecured claims: $ 13,406.51
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**