UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: BARRAMEDA, EDITHA SANDEE V | § Case No. 13-23096 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00AM on 08/25/2017 in Courtroom 240, United States Courthouse,
Old Kane County Courthouse
100 S. Third Street, Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed  07/18/2017          By:  /s/ Thomas E. Springer
                                                         Trustee

THOMAS E. SPRINGER, TRUSTEE
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BARRAMEDA, EDITHA SANDEE V § Case No. 13-23096
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 19,100.00 |
| *and approved disbursements of* | $ 655.49 |
| *leaving a balance on hand of* [1] | $ 18,444.51 |
| **Balance on hand:** | $ 18,444.51 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 18,444.51 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 2,660.00 | 0.00 | 2,660.00 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 6.08 | 0.00 | 6.08 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,364.50 | 0.00 | 2,364.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 7.42 | 0.00 | 7.42 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 7.51 | 7.51 | 0.00 |
| Other Expenses: Arthur B. Levine Company | 8.53 | 8.53 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 6.41 | 6.41 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,038.00 |
| Remaining balance: | $ 13,406.51 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   13,406.51

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   13,406.51

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,930.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource, LP as agent for | 335.78 | 0.00 | 301.52 |
| 2 | Discover Bank | 1,756.10 | 0.00 | 1,576.86 |
| 3 | Discover Bank | 697.51 | 0.00 | 626.31 |
| 4 | Capital One Bank (USA) NA | 2,982.56 | 0.00 | 2,678.12 |
| 5 | American Express Bank, FSB | 2,776.72 | 0.00 | 2,493.29 |
| 6 | American Express Centurion Bank | 575.24 | 0.00 | 516.52 |
| 7 | Portfolio Recovery Associates, LLC, successor to | 585.56 | 0.00 | 525.79 |
| 8 | ECAST Settlement Corporation, assignee | 2,187.73 | 0.00 | 1,964.42 |
| 9 | ECAST Settlement Corporation, assignee | 861.80 | 0.00 | 773.83 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | ECAST Settlement Corporation, assignee | | 0.00 | 917.49 |
| 11 | ECAST Settlement Corporation, assignee | 1,149.72 | 0.00 | 1,032.36 |

Total to be paid for timely general unsecured claims: $ 13,406.51
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
300 S. County Farm Rd., Ste.I
Wheaton, IL  60187
(630) 510-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-23096-JSB
Editha Sandee V Barrameda                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: dwilliams       Page 1 of 1        Date Rcvd: Aug 10, 2017
                          Form ID: pdf006       Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db              +Editha Sandee V Barrameda,    3536 blue ridge ct.,    Carpentersville, IL 60110-3603
21350677         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21350678         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21208271         Capital One Bank (USA) NA,    Capital One, N.A. by,    American InfoSource LP as agent,
                 PO Box 71083,    Charlotte, NC  28272-1083
21403617         eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21142553         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2017 00:55:45
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
21146055         E-mail/Text: mrdiscen@discover.com Aug 11 2017 00:52:18        Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
21403192         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2017 00:55:09
                 Portfolio Recovery Associates, LLC,    successor to U.S. BANK NATIONAL ASSOC,
                 (US BANK NATL ASSOCIATION ND) BY PRA REC,    PO Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21403619*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
21403620*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
21403618*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2017 at the address(es) listed below:
              Heather M Giannino    on behalf of Creditor    EverBank bankruptcy@hsbattys.com, bk4hsbm@gmail.com
              Mark   Knulty    on behalf of Debtor 1 Editha Sandee V Barrameda markknulty@sbcglobal.net
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               iprice@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               iprice@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
              Thomas E Springer    on behalf of Debtor 1 Editha Sandee V Barrameda tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
                                                                                              TOTAL: 7