**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BARRAMEDA, EDITHA SANDEE V § Case No. 13-23096
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $313,841.00                              Assets Exempt: $115,275.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,406.51      Claims Discharged
                                                 Without Payment: $1,524.00

Total Expenses of Administration: $5,693.49

---

3) Total gross receipts of $ 19,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,100.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,693.49 | 5,693.49 | 5,693.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 14,930.51 | 14,930.51 | 13,406.51 |
| **TOTAL DISBURSEMENTS** | $0.00 | $20,624.00 | $20,624.00 | $19,100.00 |

4) This case was originally filed under Chapter 7 on June 04, 2013. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2018          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Honda CRV | 1129-000 | 19,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 2,660.00 | 2,660.00 | 2,660.00 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 6.08 | 6.08 | 6.08 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.41 | 6.41 | 6.41 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 2,364.50 | 2,364.50 | 2,364.50 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 7.42 | 7.42 | 7.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 7.51 | 7.51 | 16.04 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 8.53 | 8.53 | 0.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 14.18 | 14.18 | 14.18 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 14.16 | 14.16 | 14.16 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 15.06 | 15.06 | 15.06 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 15.58 | 15.58 | 15.58 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 15.54 | 15.54 | 15.54 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 16.56 | 16.56 | 16.56 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 16.43 | 16.43 | 16.43 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 17.55 | 17.55 | 17.55 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 18.08 | 18.08 | 18.08 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 16.76 | 16.76 | 16.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.72 | 22.72 | 22.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.86 | 21.86 | 21.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.39 | 21.39 | 21.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.94 | 24.94 | 24.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.23 | 22.23 | 22.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.83 | 22.83 | 22.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.13 | 26.13 | 26.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.22 | 23.22 | 23.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.69 | 23.69 | 23.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.11 | 27.11 | 27.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.84 | 23.84 | 23.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.85 | 27.85 | 27.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.54 | 25.54 | 25.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.65 | 24.65 | 24.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.17 | 27.17 | 27.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.94 | 25.94 | 25.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.23 | 28.23 | 28.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.79 | 24.79 | 24.79 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 19.01 | 19.01 | 19.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,693.49 | $5,693.49 | $5,693.49 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource, LP as agent for | 7100-000 | N/A | 335.78 | 335.78 | 301.52 |
| 2 | Discover Bank | 7100-000 | N/A | 1,756.10 | 1,756.10 | 1,576.86 |
| 3 | Discover Bank | 7100-000 | N/A | 697.51 | 697.51 | 626.31 |
| 4 | Capital One Bank (USA) NA | 7100-000 | N/A | 2,982.56 | 2,982.56 | 2,678.12 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 2,776.72 | 2,776.72 | 2,493.29 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 575.24 | 575.24 | 516.52 |
| 7 | Portfolio Recovery Associates, LLC, successor | 7100-000 | N/A | 585.56 | 585.56 | 525.79 |
| 8 | ECAST Settlement Corporation, assignee | 7100-000 | N/A | 2,187.73 | 2,187.73 | 1,964.42 |
| 9 | ECAST Settlement Corporation, assignee | 7100-000 | N/A | 861.80 | 861.80 | 773.83 |
| 10 | ECAST Settlement Corporation, assignee | 7100-000 | N/A | 1,021.79 | 1,021.79 | 917.49 |
| 11 | ECAST Settlement Corporation, assignee | 7100-000 | N/A | 1,149.72 | 1,149.72 | 1,032.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $14,930.51 | $14,930.51 | $13,406.51 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-23096  **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Case Name:** BARRAMEDA, EDITHA SANDEE V  **Filed (f) or Converted (c):** 06/04/13 (f)
  **§341(a) Meeting Date:** 07/15/13
**Period Ending:** 01/09/18  **Claims Bar Date:** 01/22/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Residence, 3536 Blue Ridge Ct., Carpentersville, IL 60110 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 Non-residence, Single Family Home 3914 N. Central Ave., #1C, Chicago, IL 60634 | 75,000.00 | 0.00 | | 0.00 | FA |
| 3 Chase Checking Acct #5061 Chase Saving Acct # 8531 TCF Checking Acct # 2745 TCF Saving Acct# 6082 | 3,466.00 | 0.00 | | 0.00 | FA |
| 4 Applicances, Laptop, Audio Video Equipment | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 Low Value Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6 401K Profit Sharing Plan Norrthwestern Memorial Hospital, 541 N. Fairbanks Ct., Suite 2500, Chicago, IL 60611 | 108,875.00 | 0.00 | | 0.00 | FA |
| 7 St. Thomas Home Health, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 8 2012 Honda CRV | 20,000.00 | 19,100.00 | | 19,100.00 | FA |
| **8 Assets Totals** (Excluding unknown values) | **$333,841.00** | **$19,100.00** | | **$19,100.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee investigated the value of the 2012 Honda CRV and determined it had a value , including the debtor's claimed exemption, of $19,100. The Trustee sold estate's interest in car to Debtor for $19,100. Debtor paid 1/2 ($9,550) in lump sum and is making monthly payments of $350.00 and now has 1 payment of $100.00 remaining.

**Initial Projected Date Of Final Report (TFR):** September 15, 2014  **Current Projected Date Of Final Report (TFR):** July 18, 2017 (Actual)

Printed: 01/09/2018 01:43 PM    V.13.30

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-23096  
**Case Name:** BARRAMEDA, EDITHA SANDEE V  

**Taxpayer ID #:** **-***7779  
**Period Ending:** 01/09/18  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********47 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/24/14 | {8} | EDITHA SANDEE V BARRAMEDA | Installment payment per Settlement Agreement dated 5-9-14. | 1129-000 | 9,550.00 | | 9,550.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,540.00 |
| 06/04/14 | {8} | EDITHA BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 9,890.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.18 | 9,875.82 |
| 07/08/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 10,225.82 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.16 | 10,211.66 |
| 08/07/14 | {8} | EDITHA BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 10,561.66 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.06 | 10,546.60 |
| 09/08/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 10,896.60 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.58 | 10,881.02 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.54 | 10,865.48 |
| 10/08/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 11,215.48 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.56 | 11,198.92 |
| 11/11/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 11,548.92 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.43 | 11,532.49 |
| 12/08/14 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 11,882.49 |
| 01/06/15 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 12,232.49 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.55 | 12,214.94 |
| 02/06/15 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 12,564.94 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.08 | 12,546.86 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 7.51 | 12,539.35 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.76 | 12,522.59 |
| 03/09/15 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 12,872.59 |
| 04/06/15 | {8} | EDITHA SANDEE V. BARRAMEDA | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 13,222.59 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 19.01 | 13,203.58 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 13,203.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,400.00 | 13,400.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,203.58 | |
| | | | **Subtotal** | | 13,400.00 | 196.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,400.00** | **$196.42** | |

{} Asset reference(s)

Printed: 01/09/2018 01:43 PM  V.13.30

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-23096 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | BARRAMEDA, EDITHA SANDEE V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****919666 - Checking Account |
| Taxpayer ID #: | **-***7779 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/09/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 13,203.58 | | 13,203.58 |
| 05/08/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 13,553.58 |
| 06/08/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 13,903.58 |
| 07/06/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 14,253.58 |
| 08/07/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 14,603.58 |
| 09/11/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 14,953.58 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.72 | 14,930.86 |
| 10/07/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 15,280.86 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.86 | 15,259.00 |
| 11/17/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 15,609.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.39 | 15,587.61 |
| 12/14/15 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 15,937.61 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.94 | 15,912.67 |
| 01/18/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 16,262.67 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.23 | 16,240.44 |
| 02/08/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 16,590.44 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #13-23096, Bond Premium | 2300-000 | | 8.53 | 16,581.91 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.83 | 16,559.08 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.13 | 16,532.95 |
| 04/11/16 | {8} | Editha Sandee Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 16,882.95 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.22 | 16,859.73 |
| 05/09/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 17,209.73 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.69 | 17,186.04 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.11 | 17,158.93 |
| 07/26/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 17,508.93 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.84 | 17,485.09 |
| 08/15/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 17,835.09 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.85 | 17,807.24 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.54 | 17,781.70 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.65 | 17,757.05 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.17 | 17,729.88 |
| 12/01/16 | {8} | Editah Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 18,079.88 |
| 12/28/16 | {8} | Editha Sandee V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 350.00 | | 18,429.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.94 | 18,403.94 |
| 01/30/17 | {8} | E. S. V. Barrameda | Installment payment per Order dated 5/09/14 | 1129-000 | 100.00 | | 18,503.94 |

Subtotals : $18,903.58 $399.64

{} Asset reference(s)      Printed: 01/09/2018 01:43 PM    V.13.30

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-23096  
**Case Name:** BARRAMEDA, EDITHA SANDEE V  

**Taxpayer ID #:** **-***7779  
**Period Ending:** 01/09/18  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****919666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.23 | 18,475.71 |
| 02/03/17 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #13-23096, Bond #016073584 | 2300-000 | | 6.41 | 18,469.30 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.79 | 18,444.51 |
| 09/01/17 | 10103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,364.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,364.50 | 16,080.01 |
| 09/01/17 | 10104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $7.42, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 7.42 | 16,072.59 |
| 09/01/17 | 10105 | American InfoSource, LP as agent for | Dividend paid 89.79% on $335.78; Claim# 1; Filed: $335.78; Reference: | 7100-000 | | 301.52 | 15,771.07 |
| 09/01/17 | 10106 | Discover Bank | Dividend paid 89.79% on $1,756.10; Claim# 2; Filed: $1,756.10; Reference: | 7100-000 | | 1,576.86 | 14,194.21 |
| 09/01/17 | 10107 | Discover Bank | Dividend paid 89.79% on $697.51; Claim# 3; Filed: $697.51; Reference: | 7100-000 | | 626.31 | 13,567.90 |
| 09/01/17 | 10108 | Capital One Bank (USA) NA | Dividend paid 89.79% on $2,982.56; Claim# 4; Filed: $2,982.56; Reference: | 7100-000 | | 2,678.12 | 10,889.78 |
| 09/01/17 | 10109 | American Express Bank, FSB | Dividend paid 89.79% on $2,776.72; Claim# 5; Filed: $2,776.72; Reference: | 7100-000 | | 2,493.29 | 8,396.49 |
| 09/01/17 | 10110 | American Express Centurion Bank | Dividend paid 89.79% on $575.24; Claim# 6; Filed: $575.24; Reference: | 7100-000 | | 516.52 | 7,879.97 |
| 09/01/17 | 10111 | Portfolio Recovery Associates, LLC, successor to | Dividend paid 89.79% on $585.56; Claim# 7; Filed: $585.56; Reference: | 7100-000 | | 525.79 | 7,354.18 |
| 09/01/17 | 10112 | ECAST Settlement Corporation, assignee | Dividend paid 89.79% on $2,187.73; Claim# 8; Filed: $2,187.73; Reference: | 7100-000 | | 1,964.42 | 5,389.76 |
| 09/01/17 | 10113 | ECAST Settlement Corporation, assignee | Dividend paid 89.79% on $861.80; Claim# 9; Filed: $861.80; Reference: | 7100-000 | | 773.83 | 4,615.93 |
| 09/01/17 | 10114 | ECAST Settlement Corporation, assignee | Dividend paid 89.79% on $1,021.79; Claim# 10; Filed: $1,021.79; Reference: | 7100-000 | | 917.49 | 3,698.44 |
| 09/01/17 | 10115 | ECAST Settlement Corporation, assignee | Dividend paid 89.79% on $1,149.72; Claim# 11; Filed: $1,149.72; Reference: | 7100-000 | | 1,032.36 | 2,666.08 |
| 09/01/17 | 10116 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,666.08 | 0.00 |
| | | | Dividend paid 100.00% 2,660.00 on $2,660.00; Claim# ; Filed: $2,660.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 6.08 on $6.08; Claim# ; Filed: | 2200-000 | | | 0.00 |

Subtotals : $0.00 $18,503.94

{} Asset reference(s)   Printed: 01/09/2018 01:43 PM   V.13.30

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-23096  
**Case Name:** BARRAMEDA, EDITHA SANDEE V

**Taxpayer ID #:** **-***7779  
**Period Ending:** 01/09/18

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****919666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $6.08 | | | | |
| | | | ACCOUNT TOTALS | | 18,903.58 | 18,903.58 | $0.00 |
| | | | Less: Bank Transfers | | 13,203.58 | 0.00 | |
| | | | **Subtotal** | | 5,700.00 | 18,903.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,700.00** | **$18,903.58** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********47** | 13,400.00 | 196.42 | 0.00 |
| **Checking # ****919666** | 5,700.00 | 18,903.58 | 0.00 |
| | $19,100.00 | $19,100.00 | $0.00 |

{} Asset reference(s)

Printed: 01/09/2018 01:43 PM V.13.30